UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br>v.<br><br>ANTHONY TYNER,<br><br>                                Defendant. | Case No. 2:17-mj-00161-PAL<br><br>**ORDER**<br><br>(Subst. Atty. – ECF Nos. 19/20) |

This matter is before the court on the Substitution of Attorney (ECF No. 19/20)[1] filed June 19, 2017. Kathleen Bliss of Kathleen Bliss Law PLLC seeks leave to be substituted in the place and stead of Monique Kirtley, Assistant Federal Public Defender, Office of the Federal Public Defender, for Defendant Anthony Tyner. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED**:

1. The Substitution of Attorney (ECF Nos. 19/20) is **GRANTED**.
2. Kathleen Bliss of Kathleen Bliss Law PLLC is substituted in the place of Monique Kirtley, Assistant Federal Public Defender, Office of the Federal Public Defender, for Defendant Anthony Tyner subject to the provisions of LR IA 10-6(c) and (d).

Dated this 20th day of June, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

---

[1] ECF No. 20 is duplicative of ECF No. 19, not a separate motion, but contains the required signatures.

1