**KATHLEEN BLISS LAW PLLC**
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON NEVADA 89012
TEL – 702.463.9074

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY TYNER<br><br>Defendant. | CASE NO. 2:17-cr-00255-APG-CWH<br><br>**ORDER** |

Based upon the stipulation of counsel, and good appearing, IT IS HEREBY ORDERED that defendant's reply brief for Compassionate Release shall be due on or before June 2, 2021.

DATED: May 13, 2021

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE