CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
ELIZABETH O. WHITE
Assistant United States Attorney
400 S. Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Elizabeth.O.White@usdoj.gov
*Attorneys for United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-255-APG-CWH |
| Plaintiff, | **Government's Motion for Leave to File a Sealed Exhibit** |
| v. | |
| ANTHONY TYNER, | |
| Defendant. | |

Contemporaneous with this motion, the government is filing its Court-ordered response to Defendant Anthony Tyner's motion for compassionate release, ECF No. 41. The response refers to Government's Sealed Exhibit 1, which includes Tyner's medical records that undersigned counsel obtained from the Bureau of Prisons, and which the government believes will assist the Court in evaluating Tyner's motion. Because the records contain private medical records, we believe they should be filed under seal and remain under seal. The government therefore requests leave to file that record under seal. Undersigned counsel will serve the sealed exhibit on defendant's counsel via email.

**CONCLUSION**

For the foregoing reasons, the government respectfully requests leave to file under seal Government's Exhibit 1 to its response to Tyner's motion for compassionate release, and requests that the Court maintain those records under seal.

Dated this 12th day of May, 2021

                                   CHRISTOPHER CHIOU
                                   Acting United States Attorney

                                   *s / Elizabeth O. White*
                                   ELIZABETH O. WHITE
                                   Assistant United States Attorney

IT IS SO ORDERED:

Dated: May 14, 2021

                                   _____
                                   ANDREW P. GORDON
                                   UNITED STATES DISTRICT JUDGE